# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| TERRENCE McKINNEY, | : | Case No. 3:06CV1127 |
| Plaintiff, | : | Chief Judge James G. Carr |
| v. | : | **MOTION TO DISMISS WITH PREJUDICE** |
| ANDREW BRYSON, *et al.,* | : | |
| Defendants. | : | |

Now comes the Plaintiff, Terrence McKinney, and hereby moves this Honorable Court to dismiss this case with prejudice. The matter has been settled to the Plaintiff's satisfaction.

Respectfully submitted,

*s/David L. Doughten*
DAVID L. DOUGHTEN #0002847
4403 St. Clair Avenue
Cleveland, OH 44103
(216) 361-1112
(216) 881-3928 fax

Attorney for Plaintiff

---

Motion granted.
So Ordered.

S/ James G. Carr
Chief Judge       October 18, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2006, a copy of the foregoing Motion to Dismiss with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                *s/ David L. Doughten*
                                                DAVID L. DOUGHTEN

                                                Attorney for Plaintiff